UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20364

UNITED STATES OF AMERICA

v.

ORLANDO ALFONSO CONTRERAS SAAB,

    **Defendant.**

_____/

**NOTICE OF RELATED CRIMINAL CASE**

    The United States of America, by and through the undersigned Assistant United States Attorney and Trial Attorney, hereby file this notice of related criminal cases pursuant to United States District Court for the Southern District of Florida Local Rule 3.8.

    As the Local Rules impose an ongoing duty on the attorneys of record to bring to the court's attention the existence of related actions, S.D. Fla. L.R. 3.8, the undersigned attorneys provide notice to the Court of significantly related criminal cases presided over by Judge Robert N. Scola, Jr. and Judge Jose E. Martinez.  The criminal cases are *United States v Alex Nain Saab Moran, et al.*, 19-cr-20450-Scola, and *United States v. Alvaro Pulido Vargas, et al.*, 21-cr-20509-Martinez.   Both cases involve the same or related criminal activity as this criminal case.

    Judge Scola has presided over criminal case *United States v Alex Nain Saab Moran, et al.*, 19-cr-20450-Scola since the filing of the indictment, including extensive briefing and argument related to a motion to dismiss based on alleged diplomatic immunity.  The matter is currently before the Eleventh Circuit on interlocutory appeal.  Judge Martinez has presided over criminal case *United States v. Alvaro Pulido Vargas, et al.*, 21-cr-20509-Martinez since the filing of the indictment to the present.  The case was transferred to fugitive status.

Respectfully submitted,

| GLENN S. LEON | MARKENZY LAPOINTE |
| CHIEF, FRAUD SECTION | UNITED STATES ATTORNEY |

By: */s/ Alexander J. Kramer*     By: */s/ Sean T. McLaughlin*
ALEXANDER J. KRAMER               SEAN T. MCLAUGHLIN
Trial Attorney                                    Assistant United States Attorney
Court ID No. A5502240                Court ID No. A5501121
Fraud Section, Criminal Division    U.S. Attorney's Office - SDFL
U.S. Department of Justice            11200 NW 20th Street, Suite 101
1400 New York Avenue, N.W.      Miami, FL 33172
Washington, D.C. 20005               Telephone: (305) 715-7642
Telephone: 202-768-1919             Email: Sean.McLaughlin@usdoj.gov
Email: alexander.kramer@usdoj.gov