UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-20364

UNITED STATES OF AMERICA

v.

ORLANDO ALFONSO CONTRERAS SAAB,

    **Defendant.**

                        /

## GOVERNMENT'S MOTION FOR A DOWNWARD DEPARTURE BASED UPON SUBSTANTIAL ASSISTANCE PURSUANT TO U.S.S.G. § 5K1.1

Pursuant to U.S.S.G. § 5K1.1, the United States of America hereby moves for a downward departure in the sentence of Defendant Orlando Alfonso Contreras Saab ("Contreras"), in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the Government states as follows:

1. The defendant was charged in a one-count information on or about September 11, 2023, with conspiracy to violate the Foreign Corrupt Practices Act ("FCPA") (18 U.S.C. § 371).

2. On or about November 2, 2023, the defendant pleaded guilty to Count One of the information, which charged him with conspiracy to violate the FCPA.

3. The defendant is currently scheduled to be sentenced on February 16, 2024.

4. Prior to being charged, the Defendant agreed to cooperate with law enforcement and provided substantial assistance to the Government in the

1

      prosecution of other individuals. More information will be provided to the Court at the scheduled hearing.

5.      Based on the Defendant's substantial assistance, the Government respectfully recommends that the Court grant a downward departure of 40 percent from the guidelines range.

6.      The Government has conferred with counsel for the Defendant and the Defendant agrees with the Government's request for a downward departure but requests to be heard regarding the extent and value of the cooperation during the sentencing hearing.

Respectfully submitted,

| | |
|---|---|
| GLENN S. LEON<br>CHIEF, FRAUD SECTION | MARKENZY LAPOINTE<br>UNITED STATES ATTORNEY |
| By: */s/ Alexander J. Kramer*<br>ALEXANDER J. KRAMER<br>Trial Attorney<br>Court ID No. A5502240<br>Fraud Section, Criminal Division<br>U.S. Department of Justice<br>1400 New York Avenue, N.W.<br>Washington, D.C. 20005<br>Telephone: 202-768-1919<br>Email: alexander.kramer@usdoj.gov | By: */s/ Sean T. McLaughlin*<br>SEAN T. MCLAUGHLIN<br>Assistant United States Attorney<br>Court ID No. A5501121<br>U.S. Attorney's Office - SDFL<br>11200 NW 20th Street, Suite 101<br>Miami, FL 33172<br>Telephone: (305) 715-7642<br>Email: Sean.McLaughlin@usdoj.gov |