UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 23-20364-CR-RUIZ

UNITED STATES OF AMERICA,

vs.

ORLANDO ALFONSO CONTRERAS SAAB,

    *Defendant.*
_____/

## JOINT MOTION TO CONTINUE HEARING

The Defendant, Orlando Alfonso Contreras Saab (hereafter "Mr. Contreras"), by and through undersigned counsel, respectfully requests that this Court continue the currently scheduled hearing for January 15, 2025, for the reasons set forth herein.

### INTRODUCTION

1. On February 16, 2024, Mr. Contreras was sentenced to a term of imprisonment of six months, followed by three years of supervised release. [ECF No. 48, 50]. The Court extended Mr. Contreras' surrender date until February 3, 2025, because he is being treated for ankylosing spondylitis and is suffering complications from the disease. [ECF No. 54, 58].

2. A January 15, 2025, hearing is currently scheduled for an update on Mr. Contreras' health and prognosis. The government cannot attend that hearing date.

3. Accordingly, the parties request that the hearing be moved to January 27, 2025, or January 29, 2025, if the Court's schedule permits.

4. Dr. Carlos Sesin, a specialist in rheumatic diseases and Mr. Contreras' treating physician, will be attending the hearing so that he may address and update the Court on Mr. Contreras' health. Dr. Sesin is only available on Mondays and Wednesdays.

5. Pursuant to Local Rule 7.1(a)(3), undersigned counsel has conferred with the government, and it wishes to move this hearing.

WHEREFORE, for good cause shown, the Defendant, Orlando Alfonso Contreras Saab, respectfully requests that this Court continue the currently scheduled hearing date to January 27, or January 29, 2025.

Respectfully submitted,

JOHN W. WYLIE, P.A.
40 N.W. 3rd St., PH 1
Miami, Florida 33128
Telephone (305) 586-1338

By:
s/ John W. Wylie
John W. Wylie, Esq.
Florida Bar No. 0133817
jww@johnwylielaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January, 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.

    s/ John W. Wylie
    John W. Wylie, Esq.