UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No. 23-20364-CR-RUIZ

UNITED STATES OF AMERICA,

vs.

ORLANDO ALFONSO CONTRERAS SAAB,

     *Defendant.*

_____/

**ORDER GRANTING JOINT
MOTION TO CONTINUE HEARING**

THIS CAUSE has come before the Court upon defendant Contreras Saab's

and the government's joint motion to continue the currently scheduled January 15,

2025, hearing.

It is hereby ORDERED and ADJUDGED that the hearing is rescheduled for

_____ 2025.

DONE and ORDERED at Chambers in Miami, Florida this _____of January,

2025.


_____
  RODOLFO A. RUIZ II
  UNITED STATES DISTRICT COURT JUDGE